McCONNELL & BOURLAND v. W. A. RYAN.

(No. 632, Op. Book No. 2, p. 241.)

APPEAL from Brown County.   Opinion by WATTS, J.

§ **1020.** *Jury; oath administered to; objections to, when to be made.*   The oath administered to the jury was that they would "well and truly try the issue joined between the parties."   *Held*, this form of oath has long been in

general use in this state, and is in substantial compliance with the statute. [Clements v. Crawford, 42 Tex. 601.] Objections to the form and manner in which a jury is sworn should be made at the time, so as to give the court an opportunity to correct the irregularity.

§ 1021. *Excessive judgment; remittitur; costs.* The judgment being excessive, the appellee filed a *remittitur* of the excess, and the judgment was reformed in accordance with the *remittitur*, and the costs of the appeal adjudged against appellee.

May 30, 1881.          Reversed and reformed.